UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SONIA PUSEY,

                Plaintiff,

      v.

DELTA AIRLINES, INC.,

                Defendant.
------------------------------------------------------------x

09-cv-04084 (ENV) (JO)

**CERTIFICATE OF SERVICE**

Pursuant to the Court's July 9, 2010 Scheduling Order, I hereby certify that I caused a copy of said Order to be sent on July 9, 2010 to Plaintiff Sonia Pusey by FedEx, postage prepaid, at 645 Ocean Ave., # F-8, Brooklyn, NY 11226.

_____
Robert S. Whitman