| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 8/12/10 |
| | U.S. MAGISTRATE JUDGE | TIME: | 11:30 a.m. |

*Sonia A. Pusey v. Delta Airlines, Inc.*
09-CV-4084 (ENV) (JO)

TYPE OF CONFERENCE: Initial

APPEARANCES:    Plaintiff    Sonia A. Pusey (*pro se*)

Defendant    Robert Whitman

SCHEDULING: The next status conference will be held on October 19, 2010, at 11:00 a.m.

THE FOLLOWING RULINGS WERE MADE:

1. To accommodate the fact that the plaintiff is proceeding without counsel, the parties agreed to a streamlined discovery process. No later than September 13, 2010, the plaintiff will produce to the defendant's counsel a written narrative statement setting out point-by-point the specific facts she expects to prove at trial, listing the witnesses she expects to call to prove such facts, and attaching copies of the documents she expects to offer as evidence. No later than October 13, 2010, the defendant will produce to the plaintiff a similar responsive statement with witness list and documents. At the next conference, I will discuss a schedule for completing discovery, including a schedule for any depositions that the parties deem to be appropriate.

2. The parties discussed settlement but did not reach agreement.

3. I direct the defendant's counsel promptly to provide a copy of this order, and of all further court orders in this case, to the plaintiff.

SO ORDERED

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge