ORIGINAL

September 29, 2010

Re: 09 CV 4084 (ENV) JO

Hon. Eric N. Vitaliano
Hon. James Orenstein
Judge, United States District Court
Magistrate Judge, United States District Court
Eastern District of New York.
225 Cadman Plaza East
Brooklyn, NY 11201

RECEIVED SEP 29 2010 PRO SE OFFICE

Your Honors,

In my earlier letter of September 29, 2010, I would like to include the sentence: "Including, what I believe to be falsification of documents", (Paragraph 4) after the last sentence: "There is further conflicting evidence in the Defendant's testimony/allegations."

Sincerely,

Sonia G. Pisey

cc: Robert S. Whitman, Esq.
Ben Stone, Esq.
Allen J. Tishman, Esq.