*Sonia A. Pusey*
*P.O. Box 380-443*
*Brooklyn, NY 11238*
*(646) 584-6008*

September 28, 2010

The Honorable Eric N. Vitaliano
The Honorable James Orenstein
Judge, United States District Court
Magistrate Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **09 CV 4084 (ENV) (JO)**

Dear Judge Vitaliano and Judge Orenstein:

In regards to my last correspondence of September 15, 2010, I have yet to receive requested documents from the New York State Workers Compensation Board (WCB). An additional request was submitted on September 15, 2010 to attorney Allen Tishman to aid in expedition of the documents. Mr Tishman represents me in the WCB case. Mr. Tishman was abroad and has recently returned.

As time is of the essence, I am asking if the Court can intervene on my behalf in the immediate release of these much needed documents for Discovery. I have learned the documents are located in Brooklyn, New York as opposed to Albany, New York where they are generally housed.

I have been given the "run-around" for quite some time. At one point, being informed: "I should consider myself lucky; for: there are others, who, it took years before they finally got their documents."

The specific documents I have been requesting are the minutes and exhibits from the WCB's discharge/discrimination trial. As previously expressed, these documents are critical to [my] discovery defense. There is further conflicting evidence in the Defendant's testimony/allegations.

To date, I've not been given an affirmative date as to when to receive the documents. Only that: "It's being worked on. Two weeks at best, if I'm lucky." For the

RECEIVED SEP 29 2010 PRO SE OFFICE

above reasons, I am asking for a 14 day continuance for narrative-submission. Or, what the Court deems best to remedy this situation.

Very truly yours,

*Sonia A. Pusey*
Sonia A. Pusey

Encl.:  WCB Notice of Hearing
        Allan Tishman Letter ( via fax)

cc:  Robert S. Whitman, Esq. (by first-class mail)
     Ben Stone, Esq. (by first-class mail)
     Allen J. Tishman, Esq. (by first-class mail)

STATE OF NEW YORK
## WORKERS' COMPENSATION BOARD

*Hearing report*

*SS# omitted for security purposes.*

| PLACE OF HEARING | PART | DATE OF HEARING | TIME | DC CASE NO. |
|---|---|---|---|---|
| Brooklyn<br>111 Livingston Street-22nd Fl.<br>Brooklyn, NY 11201 | 8 | 05/18/2009 | 1:30PM | |

| Date of this Notice | Complaint Filed Date | District Office: |
|---|---|---|
| 04/20/09 | 01/05/2009 | Brooklyn |

**Claimant**
Sonia A. Pusey
P.O. Box 380-443
Brooklyn, NY 11238
USA

**Employer**
Delta Airlines, Inc.
1030 Delta Blvd.
Atlanta, GA 30320-6001
USA

**Claimant Attorney**
Allen J. Tishman, Esq.
16 Court Street Suite 2901
Brooklyn, NY 11241
USA

**Employer Attorney**
Michael F. Vecchione c/o Vecchione, Vecchione & Connors, LLP
269 Hillside Ave.
Williston Park, NY 11596-2299
USA

**WC or DB Reference Case No.**
00734409

## NOTICE OF HEARING
RE: DISCHARGE OR DISCRIMINATION COMPLAINT

**TO EMPLOYER AND EMPLOYEE**
CAREFULLY FOLLOW INSTRUCTIONS LISTED BELOW:
See "PURPOSE OF HEARING".

THERE WILL BE NO ADJOURNMENT EXCEPT FOR GOOD AND SUFFICIENT CAUSE

**IMPORTANT**
1. BRING THIS NOTICE WITH YOU.
2. ALL INQUIRIES AND DOCUMENTS REGARDING THIS COMPLAINT SHOULD INCLUDE THE DC CASE NUMBER.
3. THE EMPLOYER ALONE AND NOT HIS/HER CARRIER SHALL BE LIABLE FOR ANY PENALTIES AND PAYMENTS REQUIRED

**ATENCION EMPLEADOS Y PATRONOS**
Si no sabe Ingles, puede llamar a nuestra oficina de informacion para asistencia.

**PURPOSE OF HEARING**
For testimony of claimant and all employer witnesses. Time allowance 2 hrs.

RECEIVED
WORKERS' COMP BOARD
2009 MAY 18 PH 1:40
BROOKLYN
CUSTOMER SERVICES

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION AND ASSURES HEARING LOCATIONS ACCESSIBLE TO THE DISABLED. CONTACT THE NEAREST BOARD OFFICE IF YOU HAVE SPECIAL ACCESSIBILITY NEEDS.

DC-16 (1-09)

TO: Mr. Allen J. Tishman
Fax: (718) 875-1768
From: Sonia A. Pusey
Date: Sept. 15, 2010

I am requesting the minutes from the May 28, 2009 Discrimination trial. I am also requesting the Exhibits as well. I have conferred with Kim (the reporter) & she has informed me the minutes are 36 pages long. ~~and~~ The Exhibits can be obtained from Ms. Fleming.

These documents are <u>immediately</u> needed for my federal case.

Any queries, please contact myself at (646) 584-6008.

Sonia A. Pusey