UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SONIA A. PUSEY,

                Plaintiff,                              **ORDER**

      - against -

                                                                      09-CV-4084 (ENV) (JO)

DELTA AIRLINES, INC.,

                Defendant.
-----------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

      At the initial conference on August 12, 2010, and with the parties' consent, I ordered that in lieu of formal discovery procedures, *pro se* plaintiff Sonia Pusey ("Pusey") could provide information about her claim by submitting a narrative statement of the specific facts she expects to prove at trial, together with a witness list and copies of any documents to be offered as evidence. Docket Entry 18. Since then, Pusey has requested, and I have granted, several extensions of the deadline to produce such information. *See* Orders dated September 7, September 16, October 6, October 15, October 27, November 19, and December 7, 2010. In granting Pusey's latest such request over the defendants' objection, I ordered Pusey to make her submission no later than January 3, 2011, and cautioned her that I would grant her no further extensions "absent a timely showing of the most compelling and unforeseeable of extraordinary circumstances." Pusey has failed to comply with that order. I therefore order the plaintiff to show cause in writing no later than February 3, 2011, why this case should not be dismissed for failure to prosecute. I direct the defendant to provide a copy of this order to the plaintiff forthwith.

      **SO ORDERED.**

Dated: Brooklyn, New York
       January 12, 2011

                                                                   /s/ James Orenstein
                                                                   JAMES ORENSTEIN
                                                                   U.S. Magistrate Judge