UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SONIA A. PUSEY,

                       Plaintiff,               **ORDER**

      - against -

                                         09-CV-4084 (ENV) (JO)

DELTA AIRLINES, INC., et al.,

                       Defendants.
-----------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

      In light of the letter from defendant Delta Airlines dated January 13, 2011, Docket Entry ("DE") 38, I now vacate the order to show issued on January 12, 2011.  DE 37.  Pursuant to the discovery schedule ordered on December 7, 2010:  the defendant shall submit its statement no later than February 2, 2011, and the parties shall appear before me for a status conference on February 16, 2011, at 11:00 a.m. in Courtroom 11D South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.  I direct the defendant's counsel promptly to provide a copy of this order to the plaintiff.

      **SO ORDERED.**

Dated: Brooklyn, New York
       January 14, 2011

                                                  /s/ James Orenstein
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge