ORIGINAL

May 13, 2011

Hon. James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: 09-CV-4084 (ENV) (JO)

Dear Judge Orenstein,

Regarding recent receipt of co-counsel Whitman's May 2, 2011 letter, I would like to be granted an opportunity to respond to this letter. The response requires no more than a day to complete. A copy will be sent to Mr. Whitman.

Sincere regards,

Sonia G. Risey

